IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**FORREST REED,**

    Petitioner,

v.                                            **CASE NO. 5:13-cv-120-RS-GRJ**

**SECRETARY, DEPT. OF CORRECTIONS,**

    Respondent.

_____/

## **ORDER**

Before me is the Magistrate Judge's Report and Recommendation (Doc. 26). No objection has been filed. I have reviewed the report and recommendation *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The motion to dismiss (Doc. 21) is **GRANTED**.

3. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED as time-barred.**

4.  The certificate of appealability is **DENIED** because Petitioner did not make a substantial showing of the denial of a constitutional right.

5.  The clerk is directed to close the file.

**ORDERED** on June 27, 2014.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
